IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK JACOBY,                                                    Case No.:  6:20-cv-01871-PGB-GJK

   Plaintiff,

vs.

CABLE NEWS NETWORK, INC. and
SARA MURRAY,

   Defendants.
_____/

**<u>DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL</u>**

Deanna K. Shullman of Shullman Fugate PLLC hereby gives notice of her appearance as counsel on behalf of Defendants Cable News Network, Inc., and Sara Murray. The certificate of service for all pleadings, orders, and other papers in this action should include **Deanna K. Shullman** at Shullman Fugate PLLC, 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411 and dshullman@shullmanfugate.com.

                                                   Respectfully submitted,

<u>/s/ Deanna K. Shullman</u>
Deanna K. Shullman
Florida Bar No. 514462
Giselle M. Girones
Florida Bar No. 124373
Minch Minchin
Florida Bar No. 1015950
Shullman Fugate PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL  33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
ggirones@shullmanfugate.com
mminchin@shullmanfugate.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. mail and electronic mail to the non-CM/ECF participants in the below service list.

*/s/ Deanna K. Shullman*
Deanna K. Shullman

## SERVICE LIST

Edward D. Greim, Esq.
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone: 816-256-3181
edgreim@gravesgarrett.com

*Attorney for Plaintiff*