IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK JACOBY,  Case No.: 6:20-cv-01871-PGB-GJK

  Plaintiff,

vs.

CABLE NEWS NETWORK, INC. and
SARA MURRAY,

  Defendants.
_____/

## DEFENDANT SARA MURRAY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Sara Murray ("Murray") hereby discloses the following pursuant to this Court's Interested Persons Order and Corporate Disclosure Statement (Doc. 4).

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a) Shullman Fugate PLLC is counsel for Murray as identified herein.

    b) Deanna K. Shullman is counsel for Murray as identified herein.

    c) Giselle M. Girones is counsel for Murray as identified herein.

    d) Minch Minchin is counsel for Murray as identified herein.

    e) Defendant Cable News Network, Inc. ("CNN, Inc.") is a wholly owned subsidiary of AT&T Inc., a publicly traded corporation.

f) Defendant Murray is an employee of CNN America, Inc., which is a subsidiary of CNN, Inc.

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 12, 2020

Respectfully submitted,

*/s/ Deanna K. Shullman*
Deanna K. Shullman
Florida Bar No. 514462
Giselle M. Girones
Florida Bar No. 124373
Minch Minchin
Florida Bar No. 1015950
Shullman Fugate PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL  33411

Telephone: (561) 429-3619
dshullman@shullmanfugate.com
ggirones@shullmanfugate.com
mminchin@shullmanfugate.com
*Attorneys for Defendant Sara Murray*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. mail and electronic mail to the non-CM/ECF participants in the below service list.

*/s/ Deanna K. Shullman*
Deanna K. Shullman

**SERVICE LIST**

Edward D. Greim, Esq.
Graves Garrett, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone: 816-256-3181
edgreim@gravesgarrett.com

*Attorney for Plaintiff*