UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARK JACOBY,**

           **Plaintiff,**

v.                                         Case No.   6:20-cv-1871-Orl-40GJK

**SARA MURRAY, individually, and
CABLE NEWS NETWORK, INC., a
Delaware corporation,**

           **Defendants.**
_____/

**ORDER TO STRIKE**

On January 22, 2021, Plaintiff filed a Certificate of Service for his Rule 26(a)(1) initial disclosures. Doc. No. 40.   Local Rule 3.03(d) provides that "matters disclosed pursuant to Fed. R. Civ. P. 26 . . . shall not be filed with the Court as a matter of course . . . ."   The exceptions to this rule occur when matters disclosed pursuant to Rule 26 are "necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings." *Id*.   The exceptions do not apply in this case. Therefore, the filing of the Certificate of Service is not authorized.

Accordingly, it is **ORDERED** that Doc. No. 40 be **STRICKEN**.


- 2 -

**DONE** and **ORDERED** in Orlando, Florida, on January 26, 2021.

*/s/ Gregory J. Kelly*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties